UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BOBBY KEY,<br><br>　　　Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING LLC; CREDIT ONE BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC<br><br>　　　Defendants. | Case No.: 2:23-cv-00083-Z-BR<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT MIDLAND FUNDING LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Midland Funding LLC hereby jointly stipulate that Midland Funding LLC may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted November 8, 2023

| | |
|---|---|
| */s/ Joseph Panvini*<br>Joseph Panvini<br>McCarthy Law, PLC<br>4250 North Drinkwater Blvd, Suite 320<br>Scottsdale, AZ  85251<br>Telephone: (602) 612-5016<br>Fax: (602) 218-4447<br>joe.panvini@mccarthylawyer.com<br>Attorney for Plaintiff | */s/ Gregg D. Stevens*<br>Gregg D. Stevens<br>Texas Bar No. 19182500<br>Three Energy Squire<br>6688 North Central Expressway, Ste 400<br>Dallas, TX 75206<br>Telephone: (214) 445-2445<br>Facsimile: (214) 445-2450<br>gstevens@mcglinchey.com<br>Helen Mosothoane<br>Texas Bar No. 2409619<br>hmosothoane@mcglinchey.com<br>Christopher A. John<br>Texas Bar No. 24110053<br>cjohn@mcglinchey.com |

|   |   |
|---|---|
| 1 | |
| 2 | Three Energy Squire |
| 3 | 6688 North Central Expressway, Ste 400 |
|   | Dallas, TX 75206 |
| 4 | Telephone: (214) 445-2445 |
|   | Facsimile: (214) 445-2450 |
| 5 | Attorneys for Defendant Midland Funding LLC |

Three Energy Squire
6688 North Central Expressway, Ste 400
Dallas, TX 75206
Telephone: (214) 445-2445
Facsimile: (214) 445-2450
Attorneys for Defendant Midland Funding LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joseph Panvini*